IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN PIONEER PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-903-MEF-SRW ) |
| JEFFREY BENNETT, *et al.*, | ) (WO - DO NOT PUBLISH) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) It is DECLARED that plaintiff Southern Pioneer Property & Casualty Insurance Company ("Southern Pioneer") has no duty to defend the defendants in the matter of *Jeffery Bennett v. Joseph Russell, et al.*, Civil Action No. CV-09-25, pending in the Circuit Court of Covington County, Alabama;

(2) Plaintiff Southern Pioneer's request for a declaration that it has no duty to indemnify defendants for any liability that may result from the *Bennett* lawsuit is dismissed without prejudice;

(3) Costs are TAXED in favor of plaintiff against defendants for which execution may issue; and

(4) The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

    DONE this the 27th day of July, 2010.

                                          /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE